**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 15-70104** |
| **AMERICAN STANDARD ENERGY, CORP., A NEVADA CORPORATION,** | § | |
| | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | **(Joint Administration Requested)** |
| | § | |
| | § | |

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

J. Steven Person, President
Debtor

8/3/2015
Date

LA2442772.1
222076-10001

Accountemps
File 73484
P.O. Box 60000
San Francisco, CA 94160-3484

ADP, Inc.
504 Clinton Center Dr.
Suite 4400
Clinton, MS 39056

Adrian J. Robie, Jr.
20006 W. Amelia
Buckeye, AZ 85396-8333

Adriana Group Inc.
7337 Hyannis Dr.
West Hills, CA 91307

AGR Trading SPC, on behalf of Series OE Segregated
Portfolio

AgriBank, FCB
375 Jackson Street
St. Paul, MN 65101

Alan Birdsbill
P.O. Box 17364
Seattle, WA 98127

Alan Stein
3045 Shore Dr.
Virginia Beach, VA 23451

Albert David Flor

Albert S. Valentino
42 Wood Rd.
Mashpee, MA 2649

Alberta Resources LLC
800 Nicollet Mall, Ste. 2690
Minneapolis, MN 55402

Albrecht & Associates
Pennzoil Place - South Tower
711 Louisiana, Suite 1600
Houston, TX 77002

Alexander Sundholm & Juls M. Swayze
312 Fife Street
Henderson, NV 89015

Alfred E. Eldet
501 Bakken Drive
Glendive, MT 59330

Alpha Capital Anstalt
c/o Lii Financial Services Corp.
150 Central Park South - 2nd Flr.
New York, NY 10019

Alvin M. Barrett & Associates
11202 Sandstone Lane
Houston, TX 77072

Alvin Schraer and Theresa Schraer
338 Montrelier Drive
San Antonio, TX 78228

American Eagle Energy
2549 West Main Street
Suite 202
Littleton, CO 80120

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Andrew Wall
5754 W. Ivanhoe St.
Chandler, AZ 85226

Andrews Kurth Attorneys LLP
P.O. Box 201785
Houston, TX 77216-1785

Anschutz Exploration Corp.
555 17th Street
Suite 2400
Denver, CO 80202

Anthony D. Silvestro

Apache Corporation
2000 Post Oak Boulevard
Suite 100
Houston, TX 77056

Arizona Capital Times
1835 W. Adams
Phoenix, AZ 85007

Arizona Corporate Commission
1200 West Washington
Phoenix, AZ 85007

Arizona Department of Revenue -
Bankruptcy Section
1600 West Monroe
Phoenix, AZ 85007-2650

Arizona Dept. of Economic Sec
4635 South Central Ave.
Phoenix, AZ 85040

Arkansas Office of Revenue
Legal Counsel
7th & Wolfe Streets, Room 2380
Ledbetter Building
Little Rock, AK 72201

Arnetta M. Carter
428N Woodman Rd.
Wellington KS, 67152

August L. Janota
1514 Fairview Street
Houston, TX 77066

Avatar Accounting System
2801 Network Blvd, Suite 210
Frisco, TX 75034

Avatar Systems, Inc.
2801 Network Blvd., Ste. 210
Frisco, TX 75034

Averex, Inc.
P.O. Box 52305
Lafayette, LA 70505

AZ Department of Revenue
P.O. Box 29085
Phoenix, AZ 85038-9085

B. Ringel
3405 E Covina Cir
Mesa, AZ 85213

Baker Donelson
211 Commerce St., Suite 800 East
Nashville, TN 37201

Bank of Oklahoma, N.A.,
as Agent for U.S. Bank, N.A.,
Trustee of the Anthony Burdick Richardson
P.O. Box 3499
Tulsa, OK 74101

Baratz Financial

Barbara Dember

Barbara Johnston

Barbara Partin

Barnes & Hemingway Land Serv.
1302 Waugh Drive
No. 971
Houston, TX 77019

Baytex Energy
520 - 3rd Avenue SW, Ste. 2800
Calgary, Alberta T2P 0R3
CANADA

Baytex Energy
600 17th St, Suite 1600S
Denver, CO 80202

BDO
333 Clay Street, Suite 4700
Houston, TX 77002

Beartooth Oil & Gas Co.
P.O. Box 2564
Billings, MT 59103

Bernard Slutsky
5500 Veterans Blvd. #304
Metarie, LA
70003

Betty Jean Bates
23 Crestway
Wellington, KS 67152

Betty McGough
5060 Pine Tree Drive
Rapid City, SD 57702

Big Lake Gas Plant, L.P.
211 North Colorado
Midland, TX 79701-4696

Bill Brown

Bill Killian
14950 Santa Gertrudis
Corpus Christi, TX 78410

Biltmore Pro Print
3108 East, Camelback Road
Phoenix, AZ 85016

Blackstone Minerals Company, LP
1001 Fannin
Suite 2020
Houston, TX 77002

Blank Rome
405 Lexington Ave
New York, NY 10174

Blank Rome LLP
Lockbox 8586
P.O. Box 8500
Philadelphia, PA 19178-8500

Blue Cross Blue Shield
Cash Control
P.O. Box 81049
Phoenix, AZ 85069

Blue Sky Regulation Laws
100 F Street, NE
Washington, DC 20549

Bob Thompson
35386 N. 95th Street
Scottsdale, AZ 85262

Bomar Consulting Service
415 W. Wall
Suite 1411
Midland, TX 79701-4464

Booth & Co.
c/o Timesquare Capital Management LLC
1177 Avenue of the Americas - 39th Flr.
Chicago, IL 60675

Bradley C. Bergman
2104 Parkside Drive
Minot, ND 58701

Branscomb PC
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78401-0036

Brian Andersen
931 E. Morningstar
Tempe, AZ 85283

Brian Ringel
3405 E. Covina Circle
Mesa, AZ 85203

Brian Ringel
c/o American Standard Energy Corp.
4800 N. Scottsdale Rd. - Ste. 1400
Scottsdale, AZ 85251

Broadridge
ICS Lockbox
P.O. Box 416423
Boston, MA 02241-6423

Bruce Smith - Bruce Smith Revocable Trust
P.O. Box 75727
Oklahoma City, OK 73147

Bryant Mook
12926 King Circle
Houston, TX 77429

Bullock Scott P.C.
400 West Illinois
Suite 120
Midland, TX 79701

Bureau of Safety And Environmental Enforcement
1849 C St., NW
Washington, DC 20240

Burt Kendrick

Buzzini Insurance Solutions
72960 Fred Waring Dr., Suite 210
Palm Desert, CA 92261

Buzzini Insurance Solutions
73341 Bursera Way
Palm Desert, CA 92260

Calm Waters Partnership
c/o Baraboo Growth, LLC

Cambrian Management, Ltd.
P.O. Box 272
Midland, TX 79702

Canaccord Genuity
Attention: Accounting Depart
99 High Street
Boston, MA 02110

Carol S. Edwards
5136 Shriver Ave
Des Moines, IA 50312

Carol Whelpley
23839 Bear Valley Rd.
Apple Valley, CA 92308

Carolyn Filancia
25 Ferguson Ave.
Port Jervis, NY 12771

Carr Environmental Group
504 Spring Hill Drive
Suite 300
Spring, TX 77386

Carroll Jordan

Catalyst Corporate Solutions
10119 W. Lariat Ln.
Peoria, AZ 85383

Catherine A. Forslund
P.O. Box 12006
Grand Rapids, MI 49528

Cawley Gillespie & Associates
306 W 7th St., Suite 302
Fort Worth, TX 76102

CCH
P.O. Box 4307
Carol Stream, IL 60197

Cede & Co. Fast

CenturyLink
P.O. Box 29040
Phoenix, AZ 85038-9040

Chambers Energy, Capital
600 Travis Street
Suite 4700
Houston, TX 77002

Charles A. Dearborn
3738 Glen Oaks Blvd., Apt. 51
Sioux City, IA 51104

Charles Newman

Charles Pickering

Cheryl A. Hapip
520 Beacon Hill Terrace
Gaithersburg, MD 20878

Chevron USA, Inc.
P.O. Box 730121
Dallas, TX 75373-0121

Cheyenne Petroleum Company
14000 Quail Springs Parkway
Suite 2200
Oklahoma City, OK 73134

Christina Filancia
25 Ferguson Ave.
Port Jervis, NY 12771

Christopher J. McIver

Christopher Oman
509 N. 9th Avenue
Bozeman, MT 59715

Christopher Schwartz
1515 International Pkwy., Suite 2013
Heathrow, FL 32746

Chuck Dimick
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

City of Scottsdale
P.O. Box 1586
Scottsdale, AZ 85252

CLW Texas 2008 LP
1801 W. Texas Ave.
Midland, TX 79701

Cog Operating LLC
Fasken Center Tower II
Lockbox #8499299
Dallas, TX 75284-9929

Cohen, Cooper, Estep & Allen
3330 Cumberland Blvd., Suite 600
Atlanta, GA 30339

Colette M. Atanasu
1710 27th Street West
Williston, ND 58801

Compass Offshore SAV PCC Limited

Conoco Phillips
P.O. Box 51810
Midland, TX 79710

Conoco Phillips
Joint Interest Billing
1060 Plaza Office Building
Bartlesville, OK 74004

Conrad Huso, Jr.
P.O. Box 163
Kevin, MT 59454

Continental Resources
P.O. Box 1032
Edid, OK 73702

Continental Resources
P.O. Box 269091
Oklahoma City, OK 73126

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

Corpus Investments
35386 N. 95th Street
Scottsdale, AZ 85262

Cortland Capital Market Services
225 W Washington St
Chicago, IL 60606

Cranshire Capital, LP

Crescent Point Energy US Corp.
111 - 5th Ave. SW
Suite 2800,
Calgary, AB T2P 3Y6
CANADA

Crowley Fleck
P.O. Box 30441
Billings, MT 59107

CUDD
2828 Technology Forest Blvd.
The Woodlands, TX 77381

Dan Patterson
1608 Rutledge Rd.
Longwood, FL 32779

Daniel J. Seven and Elizabeth J. Seven
14821 75th Street NW
Grenora, ND 58845

Darrell L. Birdsbill
P.O. Box 42
Pocatello, ND 83204

David Brown

David D. Brownell
11 Fairway Drive
Holiday Island, AR 72631

David Kuchinski

David Michael
3931 Glencrest Ct.
Atlanta, GA 30319

David R. Morgan
P.O. Box 664
Liberty Lake, WA 99019

David W. Andreas Trust

Davina Lockhart
20 Blue Water Cir.
Holiday Island, AR 72631

Davis Miles McGuire Gardner PLLC
80 E. Rio Salado Pkwy
Suite 401
Tempe, AZ 85281

Dean Aker
4834 Mountain Springs Ct.
Rapid City, SD 57702-0229

Debora Gaskins

Deborah Cartwright
7 East Jefferson Street
Quincey MI 49082

Debra Tassitano
79 Plaaskon Drive
Shelton, CT 6484

Dee-Larry Inc.

Degolyer & MacNaughton
5001 Spring Valley Road
Suite 800 East
Dallas, TX 75244

Delalne Covert
P.O. Box 2918
Oak Harbor, WA 98277

Delaware Charter FBO David Mahoney

Delaware Franchise Tax
P.O. Box 5509
Binghamton, NY 13902

Delaware Secretary of State
P.O. Box 5509
Binghamton, NY 13902-5509

Della K. Huso-Hunt
P.O. Box 122
Kevin, MT 59454

Delores Knutson
P.O. Box 66
Palermo, ND 58769

Deluxe Business Checks & Solut.
P.O. Box 742572
Cincinnati, OH 45274-2572

Denbury
5320 Legacy Drive
Plano, TX 75024

Denver F. Edwards
4616 County Road 1080
Princeton, TX 75407

Derrick Burrus
3152 N. Tanner Rd.
Orlando, FL 32826

Diane Oman
4212 Larkspur Drive
Missoula, MT 59803

DIRECTV
P.O. Box 60036
Los Angeles, CA 90060-0036

Doherty & Doherty LLP
1717 Saint James Place
Suite #520
Houston, TX 77056

Donald A. Ocher and
307 Troy St.
Corpus Christi, TX 78412

Donald R. Baumrucker, Jr.
P.O. Box 66262
Burien, WA 98166

Donald R. Kendall Jr.
720 Kuhlman Rd.
Houston, TX 77204

Donna E. Smith
109 Crystal Ridge Ct.
Lake Mary, FL 32746

Donna J. Andreas Trust

Donna Johnson
14293 Painted Woods Drive
Williston, ND 58801

Donna Johnson
324 Church Street
Ray, ND 58849

Donna Martinot
4195 W. Laredo St.
Chandler, AZ 85226

Dorean Birdsbill
HC 33-Box 5029
Wolf Point, MT 59201

Dowell Trust
11922 Fairway Lakes Blvd.
Fort Myers, FL 33913

Dreamtick Investor
60 E. Rio Salado Pkwy
Suite #900
Tempe, AZ 85281

Dwight C. Elken and Suzanne W. Elken
P.O. Box 801
Williston, ND 58802

Ed Moon
213 Burgess Dr.
Winter Springs, FL 32708

Edward P. Vozella, Sr.
8801 Chatham St.
Ft Myers, FL 33907

Egret Investments Ltd.
c/o Ospraie Management, LLC
320 Park Ave. - 27th Flr.
New York, NY 10022

Ehmann, Van Denbergh & Trainor
Two Penn Center Plaza
Suite 220
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

Elizabeth J. Lippman
P.O. Box 1786
Ft. Myers, VA 22211

Elliot West Inc.
P.O. Box 23146
Billings, MT 59104

Emerson Investment Group

Emerson Partners

Enercap Partners
1718 Peachtree St., NE
Suite 900
Atlanta, GA 30309

Energy One LLC
877 N. 8th West
Riverton, WY 82501

EOG Resources
600 - 17th St, Suite 1000N
Denver, CO 80202

EOG Resources
P.O. Box 4362
Houston, TX 77210

ERC Holding Corp.
Attn: Chris Edmonds
1718 Peachtree St. NW, #900
Atlanta, GA 30309

Erik Jensen
1608 Walnut Street - Suite 800
Philadelphia, PA 19103

E-Spectrum LLC
5956 Sherry Lane
Suite #900
Dallas, TX 75225

Excalibur Land Services, Inc.
P.O. Box 1601
Choctaw, OK 73020

F. Peter Bergman
3511 Powderhorn Circle
Rapid City, SD 57702-4887

Faerol B. Wiedman Intervivos Revocable Trust UAD
11/20/09

Fed Ex
P.O. Box 7221
Pasadena, CA 91109-7321

Federal Energy Regulatory Commission
Attn: Kimberly D. Bose, Secretary
888 First St, NE
Washington, DC 20426

Fernandez Marital Trust #2
Attn: Mike Fernandez
4630 Arden Ave.
Edina, MN 55424

Financial Accounting Standards
P.O. Box 418272
Boston, MA 02241-8272

Flint Hills Resource LP
Attn: Ownership Services
P.O. Box 2917
Wichita, KS 67201-2917

Fonality
200 Corporate Point
Suite #300
Culver City, CA 90230

Formula Growth Fund

Formula Growth Global Opportunities Fund

Formula Growth Hedge Fund

Francis Meyer & Patricia Meyer

Frank Salabarria

Frank R. Mead
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

Fredrikson & Byron, P.A.
200 South 6th Street
Suite #4000
Minneapolis, MN 55402

Free Form
2864 N. Milwaukee Ave.
Chicago, IL 60618

Freeform Consulting
135 W. Magnolia Blvd.
Suite #403
Burbank, CA 91502

Fusion Capital
17671 Irvine Blvd.
Suite #216
Tustin, CA 92780

Future Considerations Consult
35386 N. 95th Street
Scottsdale, AZ 85262

G-2 Trading

Gaetano R. Grasso &
Barbara C. Grasso Family Trust
1805 Clear River Falls Lane
Henderson, NV 890123489

Gail Marie Collins
3623 Mesa Mountain Way
Colorado Springs, CO 80922

Gallagher Kennedy
2575 East Camelback Road
Phoenix, AZ 85016

Gary A. Miller
14085 Clearwater Lane
Ft. Myers, FL 33913

Gary Bryant

Gary Celovsky
1122 Lebanon Rd.
West Mifflin, PA 15122

Gary E. Mintz
15010 Juniper Ct.
Golden, CO 80401

Gary Hapip
8315 Homestead Ln.
Tempe, AZ 85284

Gary L. Fredrickson

Gary Morin & Nancy Morin

Gaslamp Media
363 5th Ave. #300
San Diego, CA 92101

Gene Fulcher
551 Century Blvd.
Marco Island, FL 24142

Geronimo Holding Corporation
1801 W. Texas Ave.
Midland, TX 79701

Giovanni Campagna
2771 Celebrate Ct.
Henderson, NV 89074

Glass Ratner
3424 Peachtree Rd., NE, #2150
Atlanta, GA 30326

Global Hunter
400 Poydras Street
Suite 3100
New Orleans, LA 70130

Greenberg Traurig
2375 E. Camelback Road
Suite 700
Phoenix, AZ 85016

GVC Advisors LLC
5350 S. Roslyn St.
Suite 400
Greenwood Village, CO 80111

H.H. Wommack III
400 W. Illinois, Suite 950
Midland, TX 79701

Hal L. Eschenko
12902 8th Street NW
Grassy Butte, ND 58634

Halcon Resources Operating Inc.
1000 Louisiana Ste. 6700
Houston, TX 77002

Hare & Co

Harold Joyce
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

Hayden Pitts
1801 W. Texas Ave.
Midland, TX 79701

Heather Feldhacker
11635 N. 106th St.
Scottsdale, AZ 85259

Hein & Associates LLP
1999 Broadway
Suite 4000
Denver, CO 80202

Hess Corp
P.O. Box 200859
Houston, TX 77216

Hess Corp.
1501 McKinney
Houston, TX 77010

HH Womack

Hinda Marcia Rosenthal

Holland & Knight
P.O. Box 864084
Orlando, FL 32886-4084

Houshmand Aftahi
7982 Entrada De Luz E.
San Diego, CA 92127

Hugh Koellhoffer
24 Covewood Dr.
Norwalk, CT 6853

Hunt Oil Company
1900 N Akard St
Dallas, TX 75201

Hunt Oil Company
P.O. Box 840729
Dallas, TX 75284

Ikon Financial
P.O. Box 650073
Dallas, TX 75265-0073

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
P.O. Box 7346
Philadelphia, PA19101

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA19101

Internal Revenue Service
Special Procedures Staff – Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

IRA FBO J. Steven Emerson Pershing LLC
As Custodian Rollover Account II

IRA FBO Ruth Meany Murphy Pershing LLC
As Custodian

IRA FBO Steven Emerson Pershing LLC
As Custodian Roth IRA

IRA FBO William C. Schaeder
Pershing LLC as Custodian
14777 Summer Oak Dr.
Wayzata, MN 55391-2230

J. Steven Emerson

J. Steven Person
400 W. Illinois Suite 950
Midland, TX 79701

Jackson Lewis
5000 Birch Street
Suite #4800
Newport Beach, CA 92660

Jackson Lewis
One North Broadway
White Plains, NY 10601

Jacob Taylor
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

James & Patrice Horgan
2832 Bar Island Pointe
Winter Park, FL 32792-9426

James A. Wilson
10132 West Broad St.
Glen Allen, VA 23060

James Bragiel
9059 Richmond Ave.
Evergreen Park, IL 60805-1345

James E. Peltier
7250 Argenta Trail
Inver Grove Heights, MN 55077

James F. Corcoran 1994 Revocable Trust

James Fino
69 West Maiden Lane
Monroe, CT 6468

James L. Benson
University of Texas, University Lands
P.O. Box 553
Midland, TX 79702

James Leeton
P.O. Box 10561
Midland, TX 79702

James Marsh
c/o Marnell Properties
6650 Via Austi Pkwy, Suite 150
Las Vegas, NV 89119

James Mattioli
1202 Glen Creighton Dr.
Dacono, CO 80514

James R. Delich & Shirley F. Delich

Jamie Griffin & Starr Griffin

Jars Family Trust LLC

Jason Caschetta
2310 Clearwater Drive
Deltona, FL 32738

Jay Snyder
Chairman of Van Hook Township
4096 81st Avenue, NW
New Town, ND 58763

Jean Ceasey
5723 Ridgewood
Western Springs, IL 60558

Jeffrey Peterson

Jerry M. Grev and Thomas C. Rolfstad
as CoTrustees of the Sylte Minerals Trust
P.O. Box 1265
Willston, ND 5882

Jessica Birdsbill
1202 Pearl Street - U304
Tacoma, WA 89405

Jessica Lewis
1586 W. Kesler Ln
Chandler, AZ 85224

Jim Patton & Brenda Patton
JTWROS
7920 Copper Oaks Dr.
Edmond, OK 73025

Joan & David Warner
Family Limited Partnership
5200 Green Farms Rd.
Edina, MN 55436

Joanne Filancia
25 Ferguson Ave.
Port Jervis, NY 12771

Joe C. Neal & Associates
300 N. Marienfeld
Suite 200
Midland, TX 79701

Joe Small
1206 Laskin Road
Virginia Beach, VA 23451

John F. Colvert
P.O. Box 386
Stanley, ND 58784

John M. Davis
121 Routh de St. Antoine
Nice, 06200
FRANCE

John Mouganis
3 Gateway Center, #2400
Pittsburgh, PA 15222

John W. Bergman
325 14th Avenue NE
Jamestown, ND 58401

Johnson Miller & Co
2626 JBS Parkway
Suite A-200
Odessa, TX 79761

Jon Kruljac
8873 E Bayou Gulch Road
Parker, CO 80134

Jon P. Hoolihan
2217 Lucerne Ct.
Henderson, NV 89014

Jonathan B. Kruljac &
Teri E. Kruljac JT Ten
8873 E. Bayou Gulch Rd.
Parker, CO 80134

Joseph Abbott
1522 Ensely Ave.
Los Angeles, CA 90024

Joseph G. Faberini
16197 Keswick Way
Ft Myers, FL 33908

Joseph Saffi
28 Mudry Road
Brookfield, CT 6804

Josephine Antonucci

Josh Haislip
400 W. Illinois, Suite 950
Midland, TX 79701

Joshua Katz & Laura Katz

JP Morgan Chase Bank, N.A.
Arizona Market
P.O. Box 659754
San Antonio, TX 78265-9754

Judith Curl and Larry Curl
8480 Faradary Dr.
Denver, CO 80229

Judy A. Schultz
P.O. Box 134
Grenora, ND 58801

Julian Ford & M. Beth Ford
JTWROS
2604 Fieldstone
Ponca City, OK 74604

Julie Anderson
2324 3rd Street N. West
Sidney, MT 59270

June M. Berne
3852 Avenue D
Billings, MT 59102

Kate Damrich Lloyd
931 Virginia Circle NE
Atlanta, GA 30306

Kathleen D. Birdsbill
HC-31-Box 3045
Wolf Point, MT 59201

Kelly Boyington, PLLC
2602 McKinney Avenue
Suite 200
Dallas, TX 75204

Kendrick Burt
5925 Tunbridge Ave.
Las Vegas, NV 89139

Kenneth Tesconi
309 Sequoia
Morro Bay, CA 93442-1409

Kermit J. Zaffke

Killer Whale

Kleemann Family 2004 Revocable Trust
526 Via Sinuosa
Santa Barbara, CA 93110

Kodiak Oil & Gas Corp.
1625 Broadway
Suite 250
Denver, CO 80202

Kraig Lungstrom

Kristina L Trauger
300 E. 34th St. - Apt 12F
New York, NY 10016

Kristina Nilsson
385 Grand Street, Apt. L 1503
New York, NY 10002

Lance Shores & Sherrie Shores

Laura Provenzano
71 Newtown Rd.
Danbury, CT 6910

Lee Morrell
2335 E. Allen St.
Phoenix, AZ 85042

Leigh Overland

Lewis D. Wallace
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

Liberty Resources LLC
1200 17th Street
Suite 2050
Denver, CO 80202

Linda Macqueen
7336 Grandview Ct.
Carpentersville, IL 60110

Lisa Stalling

Lloyd Newman

LMA SPC for and on behalf of the MAP 98 Segregated
Portfolio Pentwater Capital Management LP
Attn: Neal Nenadovic
227 W. Monroe St. – Ste. 4000
Chicago, IL 60606

Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067

Logan Capps
1801 W. Texas Ave.
Midland, TX 79701

Lucas Oil
302 N. Sheridan Street
Corona, CA 92880

Lynn Erickson
210 Winston Way
Waunakee WI 53597

Malcolm McGuire

Marathon Oil Co
5555 San Felipe
Room 3321
Houston, TX 77056

Marathon Oil Co.
Joint Venture Receipts
P.O. Box 840144
Dallas, TX 75284-0144

Maricopa County Treasurer
301 W. Jefferson St.
Phoenix, AZ 85003

Mark Stone
3996 Hwy 221 N.
Berryville, AR
72616

Marvin Hunt
P.O. Box 37
Avon Park, FL 33826

Mary Lorenz
4132 Binley Dr.
Richardson, TX 75082

Mary M. Blaine Russell
and Howard L. Russell
1209 B Rose Creek Parkway South
Fargo, ND 58104

Matthew Shelton
12104 S. 4250 W
Riverton, UT 84096

Matthew Shelton
525 E. Delno Cir.
Murray, UT 84107

McCloud Family Group, Ltd.

Mercer Well Service
P.O. Box 201642
Dallas, TX 75320-1642

Michael A. Fernandez
4630 Arden Ave.
Edina, MN 55424

Michael A. Schlumpf &
Kathleen D. Schlumpf
2831 Redwood St.
Las Vegas, NV 89146

Michael C. Birdsbill
P.O. Box 583
Wolf Point, MT 59201

Michael Dimyan
22 Merline Lane
Newton, CT 6450

Michael Dominique

Michael E. Donnelly
GVC Capital LLC
5350 S Raslyn St. - Ste. 400
Greenwood Village, CO 80111

Michael Pedrotti
615 Upper N Broadway, Suite 1770
Corpus Christi, TX 78401

Michael Pedrotti
SV Energy Company
615 N. Upper Broadway
Suite 1770
Corpus Christi, TX 78401-0773

Michael Shuck & Theresa Shuck
2920 Guther Pl.
Virginia Beach, VA 23453

Michael Sundholm
551 Century Blvd.
Marco Island, FL 34145

Michael Wagner
1236 Brickyard Circle
Lake Worth, FL 33467

MicroPipe Fund I LLC

Midland Central Appraisal Dist.
4631 Andrews Hwy
P.O. Box 908002
Midland, TX 79708-0002

Midland County Tax Assessor
P.O. Box 713
Midland, TX 79702

Millrace Fund, LP

Moeun Monica Wann

Moffitt & Associates, Inc.
P.O. Box 2786
Corpus Christi, TX 78406

Mona Valentino

Mountain Divide
P.O. Box 200
Cut Bank, MT 59427

Mulholland Fund LP

Murex Petroleum
515 N Sam Houston Pkwy E
Suite 485
Houston, TX 77060

Murex Petroleum
P.O. Box 7
Humble, TX 77347-0007

Muscular Dystrophy Association
4500 S. Lakeshore Drive
#440
Tempe, AZ 85282

N. Scott Fine

Nadel and Gussman
15 E 5th St. Suite 3200
Tulsa, OK 74103

Nasdaq Stock Exchange
One Broadway 165 Broadway
New York, NY 10006

National Financial Services LLC
IRA FBO John D. Ford
One World Financial Center
200 Liberty Street 5th Fl.
New York, NY 10281

ND Oil & Gas Division
600 E. Boulevard
Dept. 405
Bismarck, ND 58505

Nearburg Producing Company
P.O. Box 823085
5447 Glen Lakes Drive
Dallas, TX 75382-3085

Nevada Business Services
1805 N. Carson Street
Suite X
Carson City, NV 89701

Nevada Secretary of State
101 N. Carson Street
Suite #3
Carson City, NV 89701

New Mexico Taxation and Revenue Department
Bankruptcy Section
P.O. Box 630
Santa Fe, NM 87504-0630

Newfield Production Company
1001 17th St, Suite 2000
Denver, CO 80202

Newfield Production Company
4 Waterway Square Place
Suite 100, Mail Code Treas-DJ
The Woodlands, TX 77380

Nicholette Soulier
6100 Homestead Blvd.
Midland, TX 79707

NM Taxation & Revenue Depart.
P.O. Box 25127
Santa Fe, NM 87504-5127

Norena Walker
11 Fairway Dr.
Holiday Island, AR 72631

North Dakota Industrial Com
Department of Mineral Resource
600 E. Boulevard
Bismarck, ND 58505-0840

North Dakota Office of State Tax Commissioner
Bankruptcy Section
600 E Boulevard Ave., Dept. 127
Bismarck, ND 58505-0599

North Plains Energy
1888 Sherman St
Denver, CO 80203

Northland Securities
45 South 7th Street
Suite #2000
Minneapolis, MN 55402

Oasis Petroleum
1001 Fannin , Suite 1500
Houston, TX 77002

Oceana Master Fund Ltd.
Pentwater Capital Management LP
Attn: Neal Nenadovic
227 W. Monroe St. - Ste. 4000
Chicago, IL 60606

Office of the United States Trustee
Attn: Nancy Ratchford, Esq.
615 E. Houston, Suite 533
San Antonio, TX 78205

Office of the US Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Office of the US Attorney
Attn: John R. Parker
Burnett Plaza, Ste. 1700
801 Cherry St., Unit 4
Fort Worth, TX 76102

Oklahoma Tax Commission
Bankruptcy Section
P.O. Box 26930
Oklahoma City, OK 73126-0930

Opportune LLP
711 Louisiana Street
Houston, TX 77002

Ospraie Equity Master Fund, LP

OXY U
Joint Interest Department
P.O. Box 27570
Houston, TX 77227-7570

OXY USA
5 Greenway Plaza, Suite 110
Houston, TX 77046

Paige Capps
1801 W. Texas Ave.
Midland, TX 79701

Pamela J. Crawford
1008 Cottage Dr.
Bismarck, ND 58504

Paragon Capital, LP

Patricia R. Birdsbill
c/o Marvin McCabe
12899 Central Avenue NE
Apt. 31B
Albuquerque, NM 87123

Patricia R. Erickson
704 S. Woodland Dr.
Mandan, ND 58554

Patti Pullen

Patton Boggs
2000 McKinney Ave, Suite 1700
Dallas, TX 75201

Patton Bogss LLP
2550 M Street, NW
Washington, DC 20037-1350

Paul D. Edwards
1609 E. Farmers Rd.
Seagoville, TX 75159

Paula Sherwood &Daryl Sherwood

Pennington Capital
222 South Ninth St. #2300
Minneapolis, MN 55402

Pennington Partners

Pentwater Capital Management
614 Davis Street
Evanston, IL 60201

Pentwater Capital Management, LP
227 West Monroe St. - Ste. 4000
Chicago, IL 60606

Pentwater Equity Opportunities Master Fund Ltd.
c/o Pentwater Capital Management LP
Attn: Neal Nenadovic
227 W. Monroe St. - Ste. 4000
Chicago, IL 60606

Permal Ospraie Ltd.

Permian Basin Petroleum Assoc.
P.O. Box 132
Midland, TX 79702

Perritt Emerging Opportunities Fund

Peter Schreck
401 Affirmed Ave.
Midland, TX 79705

Petro-Hunt LLC
400 East Broadway
Suite 414
Bismarck, ND 58502-0935

Pherris S. Birdsbill
203 Grandville Street
Wolf Point, MT 59201

Pierce A. McNally
c/o Gray Plant Mooty
500 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

Pinnacle Investment Group, LLC

Pitts Energy Company
3313 Caldera
Midland, TX 79707

Plains Marketing
P.O. Box 4648
Houston, TX 77210-4648

Police Officers of Scottsdale
7229 E. 1st Ave.
Suite 204
Scottsdale, AZ 85251

PR Newswire Association, LLC
G.P.O. Box 5897
New York, NY 10087

Pressler Petroleum Company
500 Dallas, Suite 2920
Houston, TX 77002

Price Waterhouse Coopers
P.O. Box 514038
Los Angeles, CA 90051-4038

Principal Life Insurance Co
Portales I
P.O. Box 310300
Property 123210
Des Moines, IA 50331

Public Company Accounting Over
P.O. Box 418631
Boston, MA 02241-8631

PWCM Master Fund Ltd.
Pentwater Capital Management LP
Attn: Neal Nenadovic
227 W. Monroe St. - Ste. 4000
Chicago, IL 60606

Quote Media
17100 E. Shea Blvd.
Suite 230
Fountain Hills, AZ 85268

Railroad Commission of Texas
P.O. Box 12967
Austin, TX 78711

Randall Capps
1801 W. Texas Ave.
Midland, TX 79701

Randi Arbitell

Raw Oil & Gas Inc.
12312 Slide Road
Lubbock, TX 79424

Raw Oil & Gas Inc.
1415 Buddy Holly Ave
Lubbock, TX 79401

Ray Bonis
3752 Upper Union Road
Orlando, FL 32814

RBC Capital Markets
as Custodian for Robert Castle Ira

Reagan County Tax Office
300 Plaza St. P.O. Box 100
Big Lake, TX 76932

Rebecca Reynolds

Reddog Systems Inc.
521 3rd Ave. SW
Suite 700
Calgary, AB T2P 3T3
CANADA

Regus
P.O. Box 842456
Dallas, TX 75284-2456

Reliance Energy
500 West Illinois Ave.
Suite 1200
Midland, TX 79701-4234

Ricard G. Cernosek
P.O. Box 222
LeGrange, TX 78945

Ricard W. Blaine and Carolyn E. Blaine
44 35th Avenue NE
Fargo, ND 58102

Richard H. Nicholson

Richard H. Waryn
210 S Cherry St.
Denver, CO 80246

Richard J. Michael
1340 N. Great Neck Rd. #1272.164
Virginia Beach, VA 23454

Richard L. Ocher
4433 Bluefield St.
Corpus Christi, TX 78413

Richard Lewis
2616 Leeward Shore Dr.
Virginia Beach, VA 23451

Richard MacQueen
3550 E. Sagittarius Ct
Chandler, AZ 85249

Richard MacQueen
4800 N. Scottsdale Road
Suite 1400
Scottsdale, AZ 85251

Ridenhour, Hienton & Lewis LLC
201 N. Central Ave.
#3300
Phoenix, AZ 85004

Robert Altany
2209 Seaboard Avenue
Midland, TX 79705

Robert B. Bolyard and
Constance L. Bolyard
5558 E. Centerline Rd.
St. John, MI 48879

Robert B. Stewart Jr. Separate Property Trust U/A/D 11/10/08
Robert B. Stewart Jr. Ttee
2007 Altura Dr.
Corona Del Mar, CA 92625-1830

Robert Beck & Nan Beck
610 Corby Glen Ave.
Chesapeake, VA 23322

Robert Bintliff
Xog Operating LLC
1801 W. Texas Ave.
Midland, TX 79701

Robert Castle
1515 Pinetree Trail
Eagan, MN 55122

Robert F. McCullough Jr.
227 S. Ridgewood Rd.
Kent, CA 94904-2733

Robert Filancia
25 Ferguson Ave.
Port Jervis, NY 12771

Robert Frazier
6250 Military Trail - Suite 205
West Palm Beach, FL 33407

Robert Gales
10653 Wayzata Blvd., #250
Hopkins, MN 55305

Robert Half International
File 73484
P.O. Box 600000
San Francisco, CA 94160-3484

Robert J. Evans

Robert Joyce
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

Robert Loren Polak
420 W. Grand Ave. 5D
Chicago, IL 60654

Robert Smithwick

Rocco Arbitell
405 Dublin Rd.
Southbury, CT 06488-1879

Rock & Star Consulting
301 Horseshoe Bend
Boerne, TX 78006

Ronald & Valerie Hauptman
10825 N. 55th St.
Scottsdale, AZ 85254

Ronald McDonald
4302 Middle Lake Rd.
Tampa, FL 33624

RR Donnelley
P.O. Box 93514
Chicago, IL 60673-3514

Rudolph J. Erchinger
1310 St. Paul Street
Bellingham, VA 98229

Russell K. Hall and Associates
303 West Wall St., Suite 1102
Midland, TX 79708

Rusty Pickering
623 Holcomb Bridge Rd
Roswell, GA 30076

RVP, LLC
405 Dublin Rd.
Southbury, CT 6488

Saber Oil, LLC

Sal Delregrio

Samson Resources Company
370 – 17th St., Suite 3000
Denver, CO 80202

Samson Resources Company
P.O. Box 972282
Dallas, TX 75397-2282

Scarsdale Equities LLC
c/o Pershing LLC
One Pershing Plaza - 7th Fl.
Jersey City, NJ 7399

Schleicher County Appraisal
P.O. Box 936
Eldorado, TX 85251

Scott Bostic
1263 Greeley Ave.
Ivyland, PA 18974

Scott David
3101 Albans
Houston, TX 77005

Scott Feldhacker
9111 N. 70th St
Paradise Valley, AZ 85253

Scott Feldhacker
11635 N. 106th St.
Scottsdale, AZ 85259

Scott Feldhacker
4800 E. Scottsdale Road
Suite 1400
Scottsdale, AZ 85251

Scott Mahoney
4800 N. Scottsdale Road
Suite 1400
Scottsdale, AZ 85251

Scott N. Creech
2600 Barreh St.
Virginia Beach, VA 23452

Seaside 88 LP
750 Ocean Royale Way #1101
Juro Beach, FL 33408

Securities and Exchange Comm.
100 F Street, NE
Washington, DC 20549

Securities Exchange Commission
3 World Financial Center
Sandy Hook #400
New York, NY 10281

Sequel Energy, LLC
1600 Stout St., Suite 1900
Denver, CO 80202

Shawn Messner

Shell Trading US
Attn: Division Order Dept.
P.O. Box 4604
Houston, TX 77210-4604

Sichenzia Ross Friedman Ference LLP
225 Hillside Avenue
Nutley, NJ 07110

Sign-A-Rama
830 W. Southern Ave.
Mesa, AZ 85210

Silver Way Asia Investment Limited Book Entry

Silver Way Asia Investment Ltd.
7-101 Building 3
7 Qu
Kaiyanglifengtai Disc.
Beijing 100022 CHINA

Sino Peace Limited Book Entry

Sino Peace Limited
1507 Building 5
Xibahe Bei Li
Chao Yang Disc.
Beijing 100028 CHINA

Slawson Exploration Company
727 N. Waco, Suite 4000
Wichita, KS 67203

SM Energy Company
550 N 31st St, Suite 500
Billings, MT 59101

SM Energy Company
P.O. Box 910384
Denver, CO 80291-0384

Sonja Red Elk
209 Grandville Street
Wolf Point, MT59201

Sonnet Edmonds Law Office
1718 Peachtree St. NW, Suite 900
Atlanta, GA 30309

Sparkletts, Sierra Springs
6750 Discovery Blvd.
Mableton, GA 30126

Sportslinks
11922 Fairway Lakes Blvd.
Ft. Myers, FL 33913

Standard Registrar & Transfer
12528 South 1840 East
Draper, UT 84020

Stanford Baratz Rev Trust

Stat Oil & Gas LP
6300 Bridge Point Parkway
Bldg. 2, Suite 500
Austin, TX 78730

Steve Cohen

Steve Gibson

Steve Pasloski
549 Laurier Dr.
Prince Albert, SK S6V 5M4
CANADA

Steve Person
2006 Sinclair
Finland, TX 79705

Steve Person
401 W Illinois, Suite 950
Midland, TX 79701

Steven Letourneau

Straus Partners, L.P.

Susan Ann Knox
1719 Soble Dr.
Kill Devil Hills, NC 27948

Sylvia Kay Heiney
2329 W State Highway 76
Anderson, MO 64831

Tamim Bteddini
18 Birch Drive
Bethel, CT 6901

Telcentris
10180 Telesis Court
Suite 150
San Diego, CA 92121

Terrance K. Russell
716 Maple Park Ct.
Mendota Heights, MN 55118

Terry A. Lynner
6505 Shawnee Cir.
Edina, MN 55439

Terry Hohenshelt
42275 Wildcat Mountain Dr.
P.O. Box 1629
Sandy, OR 97055

Terry Rhodes

Texas Comptroller of Public Accounts
Revenue Accounting Division -
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Comptroller of Public Accounts
Revenue Accounting Division- Bankruptcy Sec
P.O. Box 13528
Capitol Station
Austin, TX 78711

Texas Dept. of Public Safety
P.O. Box 4087
Austin, TX 78773

Texas General Land Office
P.O. Box 12873
Austin, TX 78711

Texas Secretary of State
Corporations Section
P.O. Box 13697
Austin, TX 78711

Texas Secretary of State
P.O. Box 12887
Austin, TX 78711

Texas State Atty General's Office
Attn: Ken Paxton, Atty General
P.O. Box 12548
Austin, TX 78711

Texas Workforce Commission
TWC Building-Regulatory Integrity Division
101 E 15th St, Rm 665
Austin, TX 78778

Texas Workforce Commission
Unemployment Tax Office
P.O. Box 591
Fort Worth, TX 76101

Texian Oil-I, LP
8901 Gaylord Drive Suite 2300
Houston, TX 77024

Texian
1670 E Cardinal Dr
Beaumont, TX 77705

Thaxton & Associates
11338 Moorpark St.
Studio City, CA 91602

The Anne Carlsen Center
701 3rd Street NW
Box 8000
Jamestown, ND 58402

The Blanche McAlmond Mineral Trust
9613 Seligman NE
Albuquerque, NM 87109

The Stewart Law Firm
P.O. Box 706
Wilmington, DE 19899-0706

The Wall Street Transcript
622 3rd Avenue, 34th Floor
New York, NY 10017

Theodore S. Green & Debra M. Benech
307 E. 87th St.
New York, NY 10128-4801

Thomas L. Colvert
2517 Skyline Drive
Minot, ND 58701

Thompson & Knight
Three Allen Center
333 Clay St. Suite 3300
Houston, TX 77022-4499

Tim Luten
2424 Louisiana Blvd., Suite 300
Alburqueque, NM 87110

TimesSquare Capital Mgmt.
Booth & Co.

TimesSquare Capital Mgmt.
Hare & Co.

Tonya Joyce
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
Phoenix, AZ 85016

Tom & Maureen Pesek
2610 Ashley Terrace
New Brighton, MN 55172

Top Art Asia Investment Limited
9-1-101 Qihuali Huayauan Nakai
Tianjin City, 300384
CHINA

Trilogy Operating Inc.
P.O. Box 7606
Midland, TX 79708

TW Telecom
P.O. Box 172567
Denver, CO 80217-2567

United States Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

UP Productivity
2850 E. Camelback Rd.
Suite 330
Phoenix, AZ 85016

Upton County Appraisal Dist.
P.O. Box 1110
McCamey, TX 79752

US Attorney's Office
400 West Illinois Street, 1200
Midland, TX 79701

US Dept. of Energy
1000 Independence Ave., SW
Washington, DC 20585

US Dept. of Homeland Security
Attn: Honorable Jeh Johnson
Transportation Security Administration
Surface Division
Washington, DC 20528

US Dept. of Justice
Attn: Loretta Lynch, US Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530

US Dept. of State
Bureau of Energy Resources
2201 C St. NW
Washington, DC 20520

US Dept. of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

US Dept. of Transportation
Pipeline & Hazardous Materials Safety Admin.
East Building, 2nd Fl.
1200 New Jersey Ave., SE
Washington, DC 20590

US Dept. of Treasury
P.O. Box 979103
St. Louis, MO 63197-9001

US Environmental Protection Agency - Region 6
1445 Ross Ave, Ste. 1200
Dallas, TX 75202

US Environmental Protection Agency
Attn: Avi S. Garbow
Office of General Counsel
1200 Pennsylvania Ave, NW (2310A)
Washington, DC 20460

Valerie Filancia
25 Ferguson Ave.
Port Jervis, NY 12771

Vanchon Birdsbill Stumo
P.O. Box 857
Wolf Point, MT 59201

Vantage Point Advisors Inc.
12520 High Bluff Drive
Suite 150
San Diego, CA 92130

VCorp Blue Sky Services, LLC
25 Robert Pitt Drive
Suite 204
Monsey, NY 10952

Verdico Solutions
P.O. Box 1027
Dripping Springs, TX 78620

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Vincent Benjamin
2325 E. Camelback Road
Suite 1400
Phoenix, AZ 85032

Vincent R. Caschetta
2310 Clearwater Drive
Deltona, FL 32738

Vintage Filings
A Division of PR Newswire
150 W. 46th Street, 6th Floor
New York, NY 10036

Vintage Filings
A Division of PR Newswire
350 Hudson Street, Suite 300
New York, NY 10014

Viva Co. LLC
6117 E. Princeton
Englewood, CO 80111

Voxox
9276 Scranton Rd
Ste. 300
San Diego, CA 92121

VOXOX
9276 Scranton Rd. Ste. 300
San Diego, CA 92121

W.D. Von Gonten & Co.
808 Travis, Suite 1200
Houston, TX 77002

Wai W. Ark

Wall Street Transcript
622 3rd Ave, 34th Floor
New York, NY 10017

Warberg Opportunistic Trading Fund LP

Wayne M. Squire
Orion Drilling Company LLC
674 Flato Rd.
Corpus Christi, TX 78405

Wayne Squires
674 Flato Rd
Corpus Cristi, TX 78405

Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN 55485-8113

Wesley Rawls

Westlake Capital Inc.
Attn: George Tazbaz
235 Lakeshore Road East
Oakville, Ontario L6J 1H7
CANADA

Whiting Oil And Gas Corp
1700 Broadway, Suite 2300
Denver, CO 80290

Whiting Oil and Gas Corp
P.O. Box 973539
Dallas, TX 75397-3539

Wilk Auslander
1515 Broadway
New York, NY 10036

William & Sue Evans
1320 Holly Point Rd.
Virginia Beach, VA 3454

William and Katherine Swanson

William Brown

William C. Jennings
P.O. Box 15323
Surfside Beach, SC 29587

William D. Moreland

William E. Bergman
2204 - 24th Avenue SW
Minot, ND 58701

William Killian
14950 Santa Gertrudis
Corpus Cristi, TX 78405

William Killian
CC Disposal
2303 CR 30
Corpus Christi, TX 78415

William Schaeder

Williams County Recorder
P.O. Box 2047
Williston, ND 58802-2047

Williamson Petroleum Consult
303 Veterans Air Park Lane
Suite 1100
Midland, TX 79705

Wing M. Wong

WPX Energy Williston LLC
21237 Network Pl.
Chicago, IL 60673

WTG Benedum Joint Venture
211 North Colorado
Midland, TX 79701-4696

XOG Operating
1801 W. Texas Ave.
Midland, TX 79701

XTO Energy Inc.
810 Houston St
Fort Worth, TX 76102

XTO Energy Inc.
P.O. Box 730587
Dallas, TX 75373-0587

Zavanna, LLC
1200 17th St, Suite 2000
Denver, CO 80202

Zenergy Inc.
6100 South Yale Avenue
Suite 1700
Tulsa, OK 74136

Zero Square Energy Solutions
BF-3, Pearl Paradise
Near Engineering College
DEI Dayalbagh, Agra (U.P) 282005
INDIA