B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas Midland/Odessa

In re    **American Standard Energy, Corp.**      Case No.   **15-70104**

Debtor(s)      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| XOG Operating<br>1801 W. Texas Ave.<br>Midland, TX 79701 | XOG Operating<br>1801 W. Texas Ave.<br>Midland, TX 79701 | Trade | | 3,290,363.01 |
| Oasis Petroleum<br>1001 Fannin<br>Suite 1500<br>Houston, TX 77002 | Oasis Petroleum<br>1001 Fannin<br>Suite 1500<br>Houston, TX 77002 | Trade | | 2,973,521.27 |
| Continental Resources<br>P.O. Box 269091<br>Oklahoma City, OK 73126 | Continental Resources<br>P.O. Box 269091<br>Oklahoma City, OK 73126 | Trade | | 2,585,025.56 |
| Stat Oil & Gas LP<br>6300 Bridge Point Parkway<br>Bldg. 2, Suite 500<br>Austin, TX 78730 | Stat Oil & Gas LP<br>6300 Bridge Point Parkway<br>Bldg. 2, Suite 500<br>Austin, TX 78730 | Trade | | 2,256,350.21 |
| Hunt Oil Company<br>1900 N Akard St<br>Dallas, TX 75201 | Hunt Oil Company<br>1900 N Akard St<br>Dallas, TX 75201 | Trade | | 1,173,270.69 |
| Petro-Hunt LLC<br>400 East Broadway<br>Suite 414<br>Bismarck, ND 58502-0935 | Petro-Hunt LLC<br>400 East Broadway<br>Suite 414<br>Bismarck, ND 58502-0935 | Trade | | 998,758.26 |
| Mountain Divide<br>P.O. Box 200<br>Cut Bank, MT 59427 | Mountain Divide<br>P.O. Box 200<br>Cut Bank, MT 59427<br>406-873-2235 | Trade | | 987,309.14 |
| Baker Donelson<br>211 Commerce St.<br>Suite 800 East<br>Nashville, TN 37201 | Baker Donelson<br>211 Commerce St.<br>Suite 800 East<br>Nashville, TN 37201 | Legal Fees | | 976,034.52 |
| Marathon Oil Co<br>5555 San Felipe<br>Room 3321<br>Houston, TX 77056 | Marathon Oil Co<br>5555 San Felipe<br>Room 3321<br>Houston, TX 77056 | Trade | | 805,479.85 |

B4 (Official Form 4) (12/07) - Cont.

In re **American Standard Energy, Corp.** Case No. **15-70104**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| COG Operating LLC<br>Fasken Center Tower II<br>Lockbox #8499299<br>Dallas, TX 75284-9929 | COG Operating LLC<br>Fasken Center Tower II<br>Lockbox #8499299<br>Dallas, TX 75284-9929<br>432-683-7443 | Trade | | 768,496.90 |
| Hess Corp.<br>1501 McKinney<br>Houston, TX 77010 | Hess Corp.<br>1501 McKinney<br>Houston, TX 77010 | Trade | | 759,986.90 |
| Whiting Oil And Gas Corp<br>1700 Broadway<br>Suite 2300<br>Denver, CO 80290 | Whiting Oil And Gas Corp<br>1700 Broadway<br>Suite 2300<br>Denver, CO 80290 | Trade | | 749,949.65 |
| Kodiak Oil & Gas Corp.<br>1625 Broadway<br>Suite 250<br>Denver, CO 80202 | Kodiak Oil & Gas Corp.<br>1625 Broadway<br>Suite 250<br>Denver, CO 80202 | Trade | | 340,892.72 |
| North Plains Energy<br>1888 Sherman St<br>Denver, CO 80203 | North Plains Energy<br>1888 Sherman St<br>Denver, CO 80203 | Trade | | 246,277.69 |
| Blank Rome<br>405 Lexington Ave<br>New York, NY 10174 | Blank Rome<br>405 Lexington Ave<br>New York, NY 10174 | Legal Fees | | 204,702.98 |
| Patton Boggs<br>2000 McKinney Ave<br>Suite 1700<br>Dallas, TX 75201 | Patton Boggs<br>2000 McKinney Ave<br>Suite 1700<br>Dallas, TX 75201<br>202-457-6000 | Legal Fees | | 47,973.50 |
| WPX Energy Williston LLC<br>21237 Network Pl.<br>Chicago, IL 60673 | WPX Energy Williston LLC<br>21237 Network Pl.<br>Chicago, IL 60673 | Trade | | 42,789.90 |
| Scott Feldhacker<br>4800 E. Scottsdale Road<br>Suite 1400<br>Scottsdale, AZ 85251 | Scott Feldhacker<br>4800 E. Scottsdale Road<br>Suite 1400<br>Scottsdale, AZ 85251 | Employment | | 38,713.20 |
| SM Energy Company<br>550 N 31st St.<br>Suite 500<br>Billings, MT 59101 | SM Energy Company<br>550 N 31st St.<br>Suite 500<br>Billings, MT 59101<br>303-861-8140 | Trade | | 38,047.26 |
| Richard MacQueen<br>4800 N. Scottsdale Road<br>Suite 1400<br>Scottsdale, AZ 85251 | Richard MacQueen<br>4800 N. Scottsdale Road<br>Suite 1400<br>Scottsdale, AZ 85251 | Employment | | 37,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **American Standard Energy, Corp.**          Case No. **15-70104**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 3, 2015**          Signature    */s/ J. Steven Person*
                                                            J. Steven Person
                                                            President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.