## United States Bankruptcy Court
### Western District of Texas Midland/Odessa

In re  **American Standard Energy, Corp.**, Debtor

Case No. **15-70104**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **American Standard Energy Corp.**<br>**a Delaware corporation.**<br>**4800 North Scottsdale Rd**<br>**Suite 1400**<br>**Scottsdale, AZ 85251** | **Shareholder** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 17, 2015**

Signature **/s/ J. Steven Person**
**J. Steven Person**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders