B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Western District of Texas

In re   **American Standard Energy, Corp., a Nevada Corp.**                    ,    Case No.   __15-70104__

                                              Debtor

                                                                                Chapter                    __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 12 | 40,000,000.00 | | |
| B - Personal Property | Yes | 3 | 1,822,744.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 38,363,937.99 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 51,256.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 18,562,636.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 41,822,744.18 | | |
| Total Liabilities | | | | 56,977,831.24 | |

B6A (Official Form 6A) (12/07)

.

In re __American Standard Energy, Corp., a Nevada Corp._____,   Case No. ___15-70104_____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **See Schedule A Attachment** | | **-** | **Unknown, but estimated to be worth $40-50 million** | **Unknown** |

|  | | | Sub-Total > | **40,000,000.00** | (Total of this page) |
|---|---|---|---|---|---|
|  | | | Total > | **40,000,000.00** | |

__0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Crane County, TX assigned by Assignment No. 94565 from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Guadalupe County, NM assigned by Doc. No. 201239749 from Geronimo Holding Corp. effective 12/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Quay County, NM assigned by Doc. No. 2012204120002 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Sante Fe County, NM assigned by Doc. No. 201201335 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Midland County, TX assigned from Geronimo Holding Corp., effective 2/1/2011 | 100 % of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Divide County, ND assigned by Assignment No. 257147 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Glasscock County, TX assigned by Assignment No. 8402 from Geronimo Holding Corp., effective 2/1/2011 | 100 % of Assignor's working interest | Unknown |
| Oil and gas leases located in Glasscock County, TX assigned by Assignment No. 120578 from Geronimo Holding Corp., effective 12/1/2011 | 100% of Assignor's working interest | Unknown |
| Oil and gas leases located in Lea County, NM assigned by Assignment No. 34510 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Logan County, AR assigned by Assignment No. 286 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.

Case No. 15-70104

Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located In Logan County, AR assigned by Assignment No. 336 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in McKenzie County, ND assigned by Assignment No. 41684 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in McKenzie County, ND assigned by Assignment No. 421271 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in McKenzie County, ND assigned by Assignment No. 435010 from Geronimo Holding Corp., dated 11/1/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in McKenzie County, ND assigned by Assignment No. 412474 from Geronimo Holding Corp., dated 12/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in McKenzie County, ND assigned by Assignment No. 410010 from Geronimo Holding Corp., effective 10/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in McKenzie County, ND assigned by Assignment No. 426692 from Geronimo Holding Corp., effective 11/1/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Gaines County, TX assigned from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest | Unknown |
| Oil and gas leases located in Mountrail County, ND assigned by Assignment No. 374067 from Geronimo Holding Corp., effective 10/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Mountrail County, ND assigned by Assignment No. 385428 from Geronimo Holding Corp., effective 11/1/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.

Case No. 15-70104

Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Mountrail County, ND assigned by Assignment No. 378147 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas lease located in Mountrail County, ND assigned by Assignment No. 390068 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Mountrail County, ND assigned by Assignment No. 375849 from Geronimo Holding Corp., effective 12/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Mountrail County, ND assigned by Assignment No. 375850 from Geronimo Holding Corp., effective 12/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Midland County, TX assigned by Assignment No. 17071 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Pecos County, TX assigned by Assignment No. 120945 from Geronimo Holding Corp., effective12/1/2011 | 90% of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Stark County, ND assigned by Assignment No. 3086714 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Sterling County, TX assigned by Assignment No. 17677 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Upton County, TX assigned by Assignment No. 00152150 from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Upton County, TX assigned by Assignment No. 00152151 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.

Case No. 15-70104

Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Upton County, TX assigned by Assignment No. 00152149 from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Certain oil and gas leases located in Williams County, ND assigned by Assignment No. 703909 from Geronimo Holding Corp., effective 12/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Williams County, ND assigned by Assignment No. 709438 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Williams County, ND assigned by Assignment No. 716538 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Williams County, ND assigned by Assignment No. 723549 from Geronimo Holding Corp., effective 11/1/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Yoakum County, TX assigned by Assignment No. 1621 from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Certain oil and gas leases located in Divide County, ND assigned by Assignment No. 25356 from Geronimo Holding Corp., effective 10/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Dunn County, ND assigned by Assignment No. 3053192 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Scurry County, TX assigned by Assignment No. 20112688 from Geronimo Holding Corp., effective 2/1/2011 | 75% of net revenue interest | Unknown |
| Oil and gas leases located in Gracy County, OK assigned from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Certain oil and gas leases located in Divide County, ND assigned by Assignment No. 259235 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Borden County, TX assigned from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Calhoun County, TX assigned from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Andrews County, TX assigned by Assignment No. 3227 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Burke County, TX assigned by Assignment No. 234169 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Calhoun County, TX assigned by Assignment No. 1094 from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Certain oil and gas leases located in Dunn County, TX assigned by Assignment No. 3051187 from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Eddy County, NM assigned by Assignment No. 0372 from Geronimo Holding Corp., effective 12/1/2011 | 95% of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Eddy County, NM assigned by Assignment No. 0360 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Billings County, ND assigned by Assignment No. 133498 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Scurry County, TX assigned by Assignment No. 20113745 from Geronimo Holding Corp., effective 12/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Borden County, TX assigned by Assignment No. 111280 from Geronimo Holding Corp., effective 2/1/2011 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in Burke County, TX assigned by Assignment No. 235753 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Mountrail County, ND assigned by Assignment No. 375033 from Geronimo Holding Corp., effective 3/8/2010 | All of Assignor's Leasehold | Unknown |
| Oil and gas leases located in San Patricio County, TX assigned from Geronimo Holding Corp., effective 2/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Mitchell County, TX assigned from Geronimo Holding Corp., effective 12/1/2011 | 93.75% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Mountrail County, ND assigned from Geronimo Holding Corp., effective 12/1/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Gaines County, TX assigned from Geronimo Holding Corp., effective 12/1/2011 | 90% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in La Salle County, TX assigned by Assignment No. 086852 from Geronimo Holding Corp., effective 7/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Upton County, TX assigned by Assignment No. 00149793 from XOG Operating, LLC, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Reagan County, TX assigned by Assignment No. 106462 from XOG Operating, LLC, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Andrews County, TX assigned by Assignment No. 103791 by XOG Operating, LLC, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Crockett County, TX assigned by Assignment No. 156735 from XOG Operating, LLC, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Schleicher County, TX assigned by Assignment No. 00000834 from XOG Operating, LLC, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in La Salle County, TX assigned by Assignment No. 086853 from CLW South Texas 2008, LP, effective 7/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in La Salle County, TX assigned by Assignment No. 98766 from CLW South Texas 2008, LP, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in La Salle County and Frio County, TX assigned by Assignment No. 086276 from CLW South Texas 2008, LP, effective 5/1/2010 | 100% of Assignor's working interest and 74% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Scotts Bluff County, NE assigned by Assignment No. 1429 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Anderson County, TX assigned by Assignment No. 201201574 from Geronimo Holding Corp., effective 12/31/2011 | All of Assignor's various working interests and net revenue interests | Unknown |
| Oil and gas leases located in Edwards County, TX assigned by Assignment No. 2012231 from Geronimo Holding Corp., effective 12/31/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Crockett County, TX assigned by Assignment No. 160022 from Geronimo Holding Corp., effective 12/1/2011 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Sheridan County, MO assigned by Assignment No. Film 640 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Crockett County, TX assigned by Assignment No. 160023 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Laramie County, WY assigned by Assignment No. 587518 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Platte County, WY assigned by Assignment No. 582 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Stark County, ND assigned by Assignment No. 3095362 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Crockett County, TX assigned by Assignment No. 160026 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Gonzales County, TX assigned by Assignment No. 257516 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Wilson County, TX assigned by Assignment No. 11540 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Maverick County, TX assigned by Assignment No. 169892 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas leases located in Burke County, ND assigned by Assignment No. 238917 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Sioux County, NE assigned from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Divide County, ND assigned from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Crockett County, TX assigned by Assignment No. 160024 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Crockett County, TX assigned by Assignment No. 160025 from Geronimo Holding Corp., effective 12/1/2011 | All of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Mountrail County, ND assigned by Assignment No. 372030 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in McKenzie County, ND assigned by Assignment No. 405978 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Mountrail County, ND assigned by Assignment No. 381608 from Geronimo Holding Corp., dated 4/28/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in McKenzie County, ND assigned by Assignment No. 403972 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Williams County, ND assigned by Assignment No. 691533 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.

Case No. 15-70104

Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Certain oil and gas leases located in Mountrail County, ND assigned by Assignment No. 369360 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Burke County, ND assigned by Assignment No. 237596 from Geronimo Holding Corp., effective 11/1/2011 | 100% of Assignor's working interest and 77% of Assignor's net revenue interest | Unknown |
| Certain oil and gas leases located in Williams County, ND assigned by Assignment No. 697042 from Geronimo Holding Corp., effective 5/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas leases located in Williams County, ND assigned by Assignment No. 719089 from Houck Energy Resources, Inc. to Geronimo Holding Corp., dated 4/28/2011 | All of Assignor's Leasehold | Unknown |
| Certain oil and gas leases located in Willliams County, ND assigned by Assignment No. 700221 from Geronimo Holding Corp., effective 10/1/2010 | 100% of Assignor's working interest and 75% of Assignor's net revenue interest | Unknown |
| Oil and gas lease located in Burke County, ND originally leased by AgriBank, FCB to Geronimo Holding Corp., dated 2/23/2010 | Unknown | Unknown |
| Oil and gas lease located in Williams County, ND originaly leased by June M. Berve to Infinity Oil, LLC, dated 4/19/2010 | Unknown | Unknown |
| Oil and gas lease located in McKenzie County, ND originally leased by Blackstone Minerals Company, LP to XOG Operating, LLC, dated 12/21/2009 | Unknown | Unknown |
| Oil and gas lease located in Mountrail County, ND originally leased by The Blanche McAlmond Mineral Trust to Geronimo Holding Corp., dated 4/28/2008 | Unknown | Unknown |
| Oil and gas lease located in Mountrail County, ND originally leased by Elizabeth J. Lippman to Geronimo Holding Corp., dated 5/19/2014 | Unknown | Unknown |

In re American Standard Energy, Corp., a Nevada Corp.
Case No. 15-70104
Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest In Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Oil and gas lease located in Williams County, ND originally leased by Elizabeth J. Lippman to Geronimo Holding Corp., dated 5/19/2014 | Unknown | Unknown |
| Oil and gas lease located in Mountrail County, ND originally leased by Elizabeth J. Lippman to Geronimo Holding Corp., dated 5/19/2014 | Unknown | Unknown |
| Oil and gas lease located in Mountrail County, ND originally leased by Tim Luten to Diamond Resources Cos. | Unknown | Unknown |

B6B (Official Form 6B) (12/07)

In re  **American Standard Energy, Corp., a Nevada Corp.** ,  Case No.  __15-70104__
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Frost Bank (Account No. xxxxx4963)** | - | 1,107,394.18 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Office lease deposit** | - | 7,850.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **1,115,244.18**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **American Standard Energy, Corp., a Nevada Corp.** ,                Case No.     15-70104
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Oil and gas receivables from XOG Operating, LLC** | - | **705,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible amount owed by XOG Operating, LLC related to JIB audit** | - | **Unknown** |

Sub-Total >      **705,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __American Standard Energy, Corp., a Nevada Corp.__ ,    Case No. __15-70104__
                                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                2,500.00
(Total of this page)

Total >              1,822,744.18

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __American Standard Energy, Corp., a Nevada Corp.__ ,     Case No. __15-70104__
                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pentwater Equity Opportunities Master Fund Ltd., and its affiliates 227 West Monroe St., Ste. 4000 Chicago, IL 60606** | X | - | **Indebtedness pursuant to the terms of Amended and Restated Credit Agreement dated February 5, 2014, secured by all real and personal property of American Standard Energy, Corp., a Nevada Corp.** | | | | | |
| | | | Value $          **Unknown** | | | | 9,036,643.16 | **Unknown** |
| Account No. <br><br> **Pentwater Equity Opportunities Master Fund Ltd., and its affiliates 227 West Monroe St., Ste. 4000 Chicago, IL 60606** | X | - | **Indebtedness pursuant to the terms of Amended and Restated Credit Agreement dated February 5, 2014, secured by all real and personal property of American Standard Energy, Corp., a Nevada Corp.** | | | | | |
| | | | Value $          **Unknown** | | | | 29,327,294.83 | **Unknown** |
| Account No. <br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. <br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 38,363,937.99 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 38,363,937.99 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **American Standard Energy, Corp., a Nevada Corp.**                              ,    Case No.   **15-70104**
                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 04/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                               **1**       continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **American Standard Energy, Corp., a Nevada Corp.**                    ,     Case No.  **15-70104**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **Regan County Tax Office 300 Plaza St., PO Box 100 Big Lake, TX 76932** | - | | 6/5/2014 | | | | 51,256.84 | 0.00 | 51,256.84 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 51,256.84 | 51,256.84 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 51,256.84 | 51,256.84 |

B6F (Official Form 6F) (12/07)

In re **American Standard Energy, Corp., a Nevada Corp.** , Case No. __15-70104_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**See Schedule F Attachment** | | - | | | | | | | 18,562,636.41 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

__0__ continuation sheets attached

|  |  |
|---|---|
| Subtotal (Total of this page) | 18,562,636.41 |
| Total (Report on Summary of Schedules) | 18,562,636.41 |

In re American Standard Energy Corp., a Nevada Corp.

Case No. 15-70104

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVATAR SYSTEMS | 2801 NETWORK BLVD | SUITE 210 | FRISCO | TX | 75034 | | | 8/1/2015 | | | | $1,155.00 |
| BAKER DONELSON | 211 COMMERCE STREET | STE 800 | NASHVILLE TN | TN | 37201 | | | Various | | | | $976,034.52 |
| BAYTEX ENERGY | 2800, 520 - 3rd Avenue SW | | Calgary | AB | T2P 0R3 | Canada | | Various | | | | $33,580.67 |
| BDO | 333 CLAY STREET | SUITE 4700 | HOUSTON | TX | 77002 | | | Various | | | | $20,539.00 |
| Bill Killian | 14950 Santa Gertrudis | | Corpus Christi | TX | 78410 | | | Various | | | | $80,750.00 |
| BLANK ROME LLP | LOCKBOX 8586 | PO BOX 8500 | PHILADELPHIA | PA | 19178 | | | Various | | | X | $204,702.98 |
| BLUE CROSS BLUE SHIELD | CASH CONTROL | PO BOX 81049 | PHOENIX | AZ | 85069 | | | 8/1/2015 | | | | $415.98 |
| BRANSCOMB PC | 802 N CARANCAHUA | | CORPUS CHRISTI | TX | 78401 | | | 1/10/2013 | | | | $2,206.00 |
| CENTURYLINK | PO BOX 29040 | | PHOENIX | AZ | 85038 | | | 7/22/2015 | | | | $54.39 |
| COG OPERATING LLC | FASKEN CENTER TOWER II | LOCKBOX #8499299 | DALLAS | TX | 75284 | | | Various, Subject to setoff | | | | $763,496.26 |
| COHEN, COOPER, ESTEP & ALLEN | 3330 CUMBERLAND BLVD STE 600 | | ATLANTA | GA | 30339 | | | 7/9/13 and 10/16/13 | | | | $10,913.14 |
| CONOCO PHILLIPS | JOINT INTEREST BILLING | 1060 PLAZA OFFICE BUILDING | BARTLESVILLE | OK | 74004 | | | Various, Subject to setoff | | | | $2,496.40 |
| CONTINENTAL RESOURCES | PO BOX 1032 | | EDID | OK | 73702 | | | Various, Subject to setoff | | | | $2,611,309.91 |
| CORPORATION SERVICE COMPANY | PO BOX 13397 | | PHILADELPHIA | PA | 19101 | | | 8/8/2015 | | | | $167.20 |
| DAVIS MILES MCGUIRE GARDNER LL | 80 E. RIO SALADO PKWY | SUITE 401 | TEMPE | AZ | 85281 | | | 3/18/2013 | | | | $635.36 |
| DEGOLYER AND MACNAUGHTON | 5001 SPRING VALLEY ROAD | SUITE 800 EAST | DALLAS | TX | 75244 | | | 6/19/2013 | | | | $27,614.00 |
| Energy One | 877 North 8th West | | Riverton | WY | 82501 | | | Various | | | | $190,861.33 |
| EOG RESOURCES | PO BOX 4362 | | HOUSTON | TX | 77210 | | | Various, Subject to setoff | | | | $14,077.23 |
| HALCON RESOURCES OPERATING INC | 1000 LOUISIANA STE 6700 | | HOUSTON TX | TX | 77002 | | | Various, Subject to setoff | | | | $20,640.32 |
| HEIN & ASSOCIATES LLP | 1999 BROADWAY | SUITE 4000 | DENVER | CO | 80202 | | | Various | | | | $21,240.90 |
| HESS CORP | PO BOX 200859 | | HOUSTON | TX | 77216 | | | Various, Subject to setoff | | | | $766,927.15 |
| HUNT OIL COMPANY | PO BOX 840729 | | DALLAS | TX | 75284 | | | Various, Subject to setoff | | | | $1,126,329.97 |
| IKON FINANCIAL | PO BOX 650073 | | DALLAS | TX | 75265 | | | 7/24/2015 | | | | $246.14 |
| JOE C. NEAL & ASSOCIATES | 300 N. MARIENFELD | SUITE 200 | MIDLAND | TX | 79701 | | | 3/4/2013 | | | | $6,130.47 |
| Josh Haislip | 400 W Illinois Ste 950 | | Midland | TX | 79701 | | | 12/31/2013 | | | | $20,000.00 |
| KODIAK OIL & GAS CORP | 1625 BROADWAY | SUITE 250 | DENVER | CO | 80202 | | | Various, Subject to setoff | | | | $340,892.72 |
| LIBERTY RESOURCES LLC | 1200 17TH STREET | SUITE 2050` | DENVER | CO | 80202 | | | Various, Subject to setoff | | | | $12,241.60 |
| Lorona Mead, PLC / Joyce Settlement | 2111 E. Highland Avenue | Suite 431 | Phoenix | AZ | 85016 | | | Various | | | | $45,000.00 |
| MARATHON OIL CO | JOINT VENTURE RECEIPTS | PO BOX 840144 | DALLAS | TX | 75284 | | | Various | | | | $811,242.67 |
| MATTHEW SHELTON | 12104 S 4250 W | | RIVERTON | UT | 84096 | | | 7/31/2015 | | | | $1,195.00 |
| Mike Pedrotti | 615 Upper N Broadway | Suite 1770 | Corpus Christi | TX | 78401 | | | Various | | | | $81,000.00 |
| Mountain Divide | PO Box 200 | | Cut Bank | MT | 59427 | | | Various, Subject to setoff | | | | $997,097.75 |
| MUREX PETROLEUM | PO BOX 7 | | HUMBLE | TX | 77347 | | | Various | | | | $8,687.33 |
| Nadel and Gussman | 15 E 5th St. Suite 3200 | | Tulsa | OK | 74103 | | | Various | | | | $32,076.29 |
| NEWFIELD PRODUCTION COMPANY | 4 WATERWAY SQUARE PLACE | SUITE 100, MAIL CODE TREAS-DJ | THE WOODLANDS | TX | 77380 | | | Various | | | | $260.60 |
| North Plains Energy | 1888 Sherman St | | Denver | CO | 80203 | | | Various | | | | $247,885.72 |
| Northland Securities | 45 South 7th Street | Suite #2000 | Minneapolis | MN | 55402 | | | Various | | | | $112,500.00 |
| OASIS PETROLEUM | 1001 FANNIN SUITE 1500 | | HOUSTON | TX | 77002 | | | Various | | | | $556,000.00 |
| OXY USA | JOINT INTEREST DEPARTMENT | PO BOX 27570 | HOUSTON | TX | 77227 | | | Various, Subject to setoff | | | | $5,422.74 |
| PATTON BOGGS LLP | 2550 M STREET, NW | | WASHINGTON DC | MD | 20037 | | | 10/12/2012 | | | X | $47,937.50 |
| PETRO-HUNT LLC | 400 EAST BROADWAY | SUITE 414 | BISMARCK | ND | 58502 | | | Various, Subject to setoff | | | | $1,365,254.32 |
| PITTS ENERGY COMPANY | 3313 CALDERA | | MIDLAND | TX | 79707 | | | Various | | | | $6,744.25 |
| PRESSLER PETROLEUM COMPANY | 500 DALLAS | SUITE 2920 | HOUSTON | TX | 77002 | | | 12/21/12 and 2/13/13 | | | | $4,806.37 |
| PRINCIPAL LIFE INSURANCE CO | PORTALES I | PO BOX 310300 | DES MOINES | IA | 50331 | | | 8/1/2015 | | | | $9,051.50 |
| Randall Capps | 1801 W Texas Ave | | Midland | TX | 79701 | | | Various | | | | $81,000.00 |
| RAW OIL & GAS INC | 12312 SLIDE ROAD | | LUBBOCK | TX | 79424 | | | 11/19/2012 | | | | $3,674.32 |
| Reddog Systems Inc | 700,,521 3 Ave SW | | Calgary | AB | T2P 3T3 | Canada | | 7/31/2015 | | | | $1,081.00 |
| RELIANCE ENERGY | 500 WEST ILLINOIS AVE | SUITE 1200 | MIDLAND | TX | 79701 | | | Various, Subject to setoff | | | | $10,076.05 |
| RICHARD MACQUEEN | 3350 E Sagittarius Ct | | Chandler | AZ | 85249 | | | 9/15/2013 | | | | $37,500.00 |

In re American Standard Energy Corp., a Nevada Corp.

Case No. 15-70104

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rock & Star Consulting | 301 Horseshoe Bend | | Boerne | TX | 78006 | | | Various | | | | $3,660.16 |
| Rusty Pickering | 623 Holcomb Bridge Rd | | Roswell | GA | 30076 | | | Various | | | | $79,250.00 |
| SAMSON RESOURCES COMPANY | PO BOX 972282 | | DALLAS | TX | 75397 | | | Various, Subject to setoff | | | | $32,940.99 |
| SCOTT FELDHACKER | 11445 E Via Linda | Suite 2 #195 | Scottsdale | AZ | 85259 | | | 9/15/2013 | | | | $38,713.20 |
| SICHENZIA ROSS FRIEDMAN | 195 ROUTE 9 SOUTH | SUITE 201 | MANALAPAN | NJ | 07726 | | | 2/4/2013 | | | X | $3,000.00 |
| SLAWSON EXPLORATION COMPANY | 727 N. WACO | #400 | WICHITA | KS | 67203 | | | Various, Subject to setoff | | | | $9,074.03 |
| SM ENERGY COMPANY | PO BOX 910384 | | DENVER | CO | 80291 | | | Various, Subject to setoff | | | | $38,086.08 |
| SONNET EDMONDS LAW OFFICE | 1718 PEACHTREE ST NW STE 900 | | ATLANTA | GA | 30309 | | | 1/21/2013 | | | X | $5,280.00 |
| STANDARD REGISTRAR & TRANSFER | 12528 SOUTH 1840 EAST | | DRAPER | UT | 84020 | | | 8/5/2015 | | | | $700.00 |
| STAT OIL & GAS LP | 6300 BRIDGE POINT PARKWAY | BLDG 2, SUITE 500 | AUSTIN | TX | 78730 | | | Various, Subject to setoff | | | | $2,273,260.73 |
| Steve Person | 400 W Illinois | Suite 950 | Midland | TX | 79701 | | | Various | | | | $66,750.00 |
| STEVE PERSON | 2006 Sinclair | | Midland | TX | 79705 | | | 12/31/2013 | | | | $97,808.22 |
| Texian LP | 8901 Gaylord Drive Suite 2300 | | Houston | TX | 77024 | | | Various | | | | $63,410.82 |
| THE WALL STREET TRANSCRIPT | 622 3RD AVENUE, 34TH FLOOR | | NEW YORK | NY | 10017 | | | 1/13/2012 | | | | $1,000.00 |
| Tripp Womack | 400 W Illinois | Suite 950 | Midland | TX | 79701 | | | Various | | | | $68,500.00 |
| W Resources | 3100 Monticello | Suite 950 | Dallas | TX | 75205 | | | Various | | | | $124,534.47 |
| Wayne Squires | 674 Flato Rd | | Corpus Christi | TX | 78405 | | | Various | | | | $79,250.00 |
| WHITING OIL AND GAS CORP | PO BOX 973539 | | DALLAS | TX | 75397 | | | Various, Subject to setoff | | | | $720,796.53 |
| WILK AUSLANDER | 1515 BROADWAY | | NEW YORK | NY | 10036 | | | 3/13/2013 | | | | $2,726.50 |
| WPX ENERGY WILLISTON LLC | 21237 NETWORK PL | | CHICAGO | IL | 60673 | | | Various | | | | $42,789.90 |
| XOG Operating | 1801 W. TEXAS AVE | | MIDLAND | TX | 79701 | | | 2010 | | | X | $33,154.19 |
| XOG Operating | 1801 W. TEXAS AVE | | MIDLAND | TX | 79701 | | | Various, Subject to setoff | | | | $3,018,953.39 |
| XTO ENERGY INC | PO BOX 730587 | | DALLAS | TX | 75373 | | | Various, Subject to setoff | | | | $2,082.06 |
| ZAVANNA, LLC | 1200 17TH STREET | SUITE 2000 | DENVER | CO | 80202 | | | Various | | | | $35,763.09 |
| | | | | | | | | | | | TOTAL: | $18,562,636.41 |

B6G (Official Form 6G) (12/07)

.

In re  **American Standard Energy, Corp., a Nevada Corp.** ,  Case No.  **15-70104**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Principal Life Insurance Co** <br> **Portales I** <br> **PO Box 310300** <br> **Des Moines, IA 50331** | **Office Lease** |
| **Regus Management Group, LLC** <br> **P.O. Box 842456** <br> **Dallas, TX 75284** | **Virtual Office Agreement dated 6/7/2011** |
| | **See also oil and gas leases listed on Schedule A.** |
| | **See also executory contracts relating to certain claims listed on Schedule F.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **American Standard Energy, Corp., a Nevada Corp.**        ,    Case No.   **15-70104**
                           Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Standard Energy Corp.**<br>**4800 N. Scottsdale Road, Suite 1400**<br>**Scottsdale, AZ 85251** | **Pentwater Equity Opportunities**<br>**Master Fund Ltd., and its affiliates**<br>**227 West Monroe St., Ste. 4000**<br>**Chicago, IL 60606** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re __American Standard Energy, Corp., a Nevada Corp.__     Case No. __15-70104__
<br>Debtor(s)     Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __September 10, 2015__       Signature __/s/ J. Steven Person__
<br>                                            **J. Steven Person**
<br>                                            **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.