MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: American Std. Energy Corp (NV)
CASE NUMBER: 15-70104-rbk-11
PROPOSED PLAN DATE:

PETITION DATE: 08/03/15
DISTRICT OF TEXAS: Western
DIVISION: Midland

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH 11/1-11/30/15 YEAR 2015

| MONTH | August | September | October | November | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 84,914.24 | 0.00 | 33,099.35 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -50,930.30 | -20,240.57 | -81,957.74 | -98,262.18 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -150,930.30 | -120,240.57 | -181,957.74 | -198,262.18 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 38,493.56 | 10,135.08 | 30,166.85 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 59,598.79 | 63,789.84 | 75,566.84 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 150,930.30 | 205,154.81 | 181,957.74 | 231,361.53 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | | EXP. DATE | Questions | CHECK ONE | |
|---|---|---|---|---|---|---|
| CASUALTY | ☐ YES | ☐ NO | | Are all accounts receivable being collected within terms? | ✓ Yes | ☐ No |
| LIABILITY | ☐ YES | ☐ NO | | Are all post-petition liabilities, including taxes, being paid within terms? | ✓ Yes | ☐ No |
| VEHICLE | ☐ YES | ☐ NO | | Have all tax returns and other required government filings been timely paid? | ☐ Yes | ✓ No |
| WORKER'S | ☐ YES | ☐ NO | | Have any pre-petition liabilities been paid? | ☐ Yes | ✓ No |
| OTHER | ☐ YES | ☐ NO | | If so, describe | | |
| | | | | Are all funds received being deposited into Debtor in Possession bank accounts? | ✓ Yes | ☐ No |
| | | | | Were any assets disposed of outside the normal course of business? | ☐ Yes | ✓ No |
| | | | | If so, describe | | |
| | | | | Are all U.S. Trustee Quarterly Fee Payments current? | ✓ Yes | ☐ No |

What is the status of your Plan of Reorganization? The Debtor continues its negotiations with its Secured Lender and others and anticipates that a plan of reorganization will be filed within the time frame required by the Bankruptcy Code.

ATTORNEY NAME: Bernard R. Given
FIRM NAME: Loeb & Loeb LLP
ADDRESS: 10100 Santa Monica Blvd.
Suite 2200
CITY, STATE, ZIP: Los Angeles, CA 90067
TELEPHONE/FAX: 310-282-2000 / 310-734-1686
bgiven@loeb.com

MOR-1

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_ TITLE: VP Finance
(ORIGINAL SIGNATURE)
Brian Ringel 12/21/15
(PRINT NAME OF SIGNATORY) DATE    Revised 11/08/05

**CASE NAME:** American Std. Energy Corp (NV)
**CASE NUMBER:** 15-70104-rbk-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/3/15 | MONTH 8/3/15-8/31/15 | MONTH 9/1/15-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 1,107,394.18 | 956,463.88 | 836,223.31 | 654,265.57 | 456,003.39 | | |
| Accounts Receivable, Net | 705,000.00 | 701,563.22 | 681,563.22 | 936,563.22 | 709,579.98 | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 7,850.00 | 7,850.00 | 7,850.00 | 7,850.00 | 7,850.00 | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 1,820,244.18 | 1,665,877.10 | 1,525,636.53 | 1,598,678.79 | 1,173,433.37 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 40,002,500.00 | 40,002,500.00 | 40,002,500.00 | 40,002,500.00 | 40,002,500.00 | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 40,002,500.00 | 40,002,500.00 | 40,002,500.00 | 40,002,500.00 | 40,002,500.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $41,822,744.18 | $41,668,377.10 | $41,528,136.53 | $41,601,178.79 | $41,175,933.37 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-2** *Revised 11/08/05*

CASE NAME: American Std. Energy Corp (NV)
CASE NUMBER: 15-70104-rbk-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/3/15 | MONTH 8/3/15-8/30/15 | MONTH 9/1/15-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 21,689.00 | 330,456.18 | 596,563.35 | 1,202,207.87 | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 38,363,937.99 | 38,363,937.99 | 38,363,937.99 | 38,363,937.99 | 38,363,937.99 | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 18,613,893.25 | 18,608,779.08 | 18,654,966.81 | 18,654,966.81 | 18,654,966.81 | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 56,977,831.24 | 56,972,717.07 | 57,018,904.80 | 57,018,904.80 | 57,018,904.80 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 56,977,831.24 | 56,994,406.07 | 57,349,360.98 | 57,615,468.15 | 58,221,112.67 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -150,930.30 | -271,170.87 | -453,128.61 | -651,390.79 | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -150,930.30 | -271,170.87 | -453,128.61 | -651,390.79 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $56,977,831.24 | $56,843,475.77 | $57,078,190.11 | $57,162,339.54 | $57,569,721.88 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**  *Revised 11/08/05*

**CASE NAME:** American Std. Energy Corp (NV)
**CASE NUMBER:** 15-70104-rbk-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 8/3/15-8/31/15 | MONTH 9/1/15-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE\** | 21,689.00 | 330,456.28 | 596,563.35 | 1,202,207.87 |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes | 0.00 |  |  |  |  |  |
|   State Payroll Taxes | 0.00 |  |  |  |  |  |
|   Ad Valorem Taxes | 0.00 |  |  |  |  |  |
|   Other Taxes | 0.00 |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE | 0.00 |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES\*\* | 0.00 |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $21,689.00 | $330,456.28 | $596,563.35 | $1,202,207.87 | $0.00 | $0.00 |

\* The Trade Accounts Payable consist of $813,622.64 owed to XOG Operating, LLC as operator. Debtor believes that this amount may be subject to challenge and/or netting, and reserves all rights.

*Revised 11/08/05*

\*\* Payment requires Court Approval

**MOR-4**

CASE NAME: American Std. Energy Corp (NV)
CASE NUMBER: 15-70104-rbk-11

**AGING OF POST-PETITION LIABILITIES**
MONTH   11/1-11/30/15

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 674,989.50 | 674,989.50 | | | | |
| 31-60 | 196,762.09 | 196,762.09 | | | | |
| 61-90 | 71,574.95 | 71,574.95 | | | | |
| 91+ | 258,881.33 | 258,881.33 | | | | |
| TOTAL | $1,202,207.87 | $1,202,207.87 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 235,000.00 | | | | | |
| 31-60 DAYS | 235,000.00 | | | | | |
| 61-90 DAYS | 239,579.98 | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $709,579.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (NV)
CASE NUMBER: 15-70104-rbk-11

## STATEMENT OF INCOME (LOSS)

| | MONTH 8/3/15-8/31/15 | MONTH 9/1/15-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 84,914.24 | 0.00 | 33,099.35 | | | 118,013.59 |
| TOTAL COST OF REVENUES | 0.00 | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 84,914.24 | 0.00 | 33,099.35 | 0.00 | 0.00 | 118,013.59 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 930.30 | 7,062.46 | 6,432.82 | 3,727.84 | | | 18,153.42 |
| Insiders Compensation | 0.00 | 38,493.56 | 10,135.08 | 30,166.85 | | | 78,795.49 |
| Professional Fees | | 9,598.79 | 13,789.84 | 25,566.84 | | | 48,955.47 |
| Other -Legal | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | | | 200,000.00 |
| Other - Lease Ext | | | 1,600.00 | 21,900.00 | | | 23,500.00 |
| **TOTAL OPERATING EXPENSES** | 50,930.30 | 105,154.81 | 81,957.74 | 131,361.53 | 0.00 | 0.00 | 369,404.38 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -50,930.30 | -20,240.57 | -81,957.74 | -98,262.18 | 0.00 | 0.00 | -251,390.79 |
| INTEREST EXPENSE | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | | 400,000.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 0.00 | 0.00 | 400,000.00 |
| NET INCOME BEFORE TAXES | -150,930.30 | -120,240.57 | -181,957.74 | -198,262.18 | 0.00 | 0.00 | -651,390.79 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($150,930.30) | ($120,240.57) | ($181,957.74) | ($198,262.18) | $0.00 | $0.00 | ($651,390.79) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 11/05/05*

CASE NAME: American Std. Energy Corp (NV)
CASE NUMBER: 15-70104-rbk-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/3/15-8/31/15 | MONTH 9/1/15-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $1,107,394.18 | $956,463.88 | $836,223.31 | $654,265.57 | $456,003.39 | $456,003.39 | $1,107,394.18 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 84,914.24 | | 33,099.35 | | | 118,013.59 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 84,914.24 | 0.00 | 33,099.35 | 0.00 | 0.00 | 118,013.59 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | 35,115.21 | 3,378.37 | 23,410.15 | | | 61,903.73 |
| 8. PAYROLL TAXES PAID | 0.00 | 3,378.35 | 6,756.71 | 6,756.70 | | | 16,891.76 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | | 1,600.00 | 21,900.00 | | | 23,500.00 |
| 11. UTILITIES & TELEPHONE | 482.50 | 54.39 | 44.29 | | | | 581.18 |
| 12. INSURANCE | 0.00 | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 447.80 | 7,008.07 | 6,388.53 | 3,727.84 | | | 17,572.24 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | 0.00 | | | | | | 0.00 |
| 19. OTHER (attach list) | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | | 400,000.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 100,930.30 | 145,556.02 | 118,167.90 | 155,794.69 | 0.00 | 0.00 | 520,448.91 |
| 19. PROFESSIONAL FEES | 50,000.00 | 59,598.79 | 63,789.84 | 75,566.84 | | | 248,955.47 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 150,930.30 | 205,154.81 | 181,957.74 | 231,361.53 | 0.00 | 0.00 | 769,404.38 |
| 22. NET CASH FLOW | -150,930.30 | -120,240.57 | -181,957.74 | -198,262.18 | 0.00 | 0.00 | -651,390.79 |
| 23. CASH - END OF MONTH (MOR-2) | $956,463.88 | $836,223.31 | $654,265.57 | $456,003.39 | $456,003.39 | $456,003.39 | $456,003.39 |

* Applies to Individual debtors only

**MOR-7**    **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 11/08/05*

**CASE NAME:** American Std. Energy Corp (NV)
**CASE NUMBER:** 15-70104-rbk-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF 11/1-11/30/15

| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | Frost Bank | | | | |
| ACCOUNT NUMBER | # | # | # | | |
| BANK BALANCE | $456,003.38 | | | | $456,003.38 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $456,003.38 | $0.00 | $0.00 | $0.00 | $456,003.38 |
| BEGINNING CASH - PER BOOKS | 654,265.57 | | | | $654,265.57 |
| RECEIPTS* | 33,099.35 | | | | $33,099.35 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 231,361.53 | | | | $231,361.53 |
| ENDING CASH - PER BOOKS | $456,003.39 | $0.00 | $0.00 | $0.00 | $456,003.39 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (NV)
CASE NUMBER: 15-70104-rbk-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 9/1/15-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Steve Person - Salary | 23,178.85 | 5,525.45 | 17,908.32 | | | |
| 2. Brian Ringel - Salary | 15,314.71 | 4,609.63 | 12,258.53 | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $38,493.56 | $10,135.08 | $30,166.85 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 9/1/15-9/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Loeb & Loeb - Legal | 50,000.00 | 50,000.00 | 50,000.00 | | | |
| 2. Moffit & Associates - Land | 7,293.13 | 0.00 | 17,950.60 | | | |
| 3. Brian Andersen - Temp accounting | 2,105.66 | 1,750.92 | 1,804.99 | | | |
| 4. Matt Shelton - Temp accounting | 200.00 | 0.00 | 446.25 | | | |
| 5. Prime Clerk | 0.00 | 12,038.92 | | | | |
| 6. RR Donnelly | | | 490.00 | | | |
| 7. United States Trustee | | | 4,875.00 | | | |
| TOTAL PROFESSIONALS (MOR-1) | $59,598.79 | $63,789.84 | $75,566.84 | $0.00 | $0.00 | $0.00 |

**MOR-9**  *Revised 11/08/05*

Note, additional funds appox $8k were included due to payroll issue with ADP. Funds were wired back to account in early October and will net out in Oct report