MOR-1

## UNITED STATES BANKRUPTCY COURT

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11
PROPOSED PLAN DATE:

PETITION DATE: 08/03/15
DISTRICT OF TEXAS: Western
DIVISION: Midland

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH 11/1-11/30/15 YEAR 2015

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE** — EXP. DATE

| | YES | NO |
|---|---|---|
| CASUALTY | ☐ | ☐ |
| LIABILITY | ☐ | ☐ |
| VEHICLE | ☐ | ☐ |
| WORKER'S | ☐ | ☐ |
| OTHER | ☐ | ☐ |

**CHECK ONE**

| | Yes | No |
|---|---|---|
| Are all accounts receivable being collected within terms? | ✓ | ☐ |
| Are all post-petition liabilities, including taxes, being paid within terms? | ✓ | ☐ |
| Have all tax returns and other required government filings been timely paid? | ☐ | ✓ |
| Have any pre-petition liabilities been paid? | ☐ | ✓ |
| If so, describe | | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | ✓ | ☐ |
| Were any assets disposed of outside the normal course of business? | ☐ | ✓ |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | ✓ | ☐ |

What is the status of your Plan of Reorganization? The Debtor continues its negotiations with its Secured Lender and others and anticipates that a plan of reorganization will be filed within the time frame required by the Bankruptcy Code.

ATTORNEY NAME: Bernard R. Given
FIRM NAME: Loeb & Loeb LLP
ADDRESS: 10100 Santa Monica Blvd. Suite 2200
CITY, STATE, ZIP: Los Angeles, CA 90067
TELEPHONE/FAX: 310-282-2000 / 310-734-1686
bgiven@loeb.com

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: VP Finance
Brian Ringel (ORIGINAL SIGNATURE) 12/21/15
(PRINT NAME OF SIGNATORY) DATE Revised 11/08/05

MOR-1

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/3/15 | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | | | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/3/15 | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 38,363,937.99 | 38,363,937.99 | 38,363,937.99 | 38,363,937.99 | 38,363,937.99 | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 136,000.00 | 136,000.00 | 136,000.00 | 136,000.00 | 136,000.00 | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 38,499,937.99 | 38,499,937.99 | 38,499,937.99 | 38,499,937.99 | 38,499,937.99 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 38,499,937.99 | 38,499,937.99 | 38,499,937.99 | 38,499,937.99 | 38,499,937.99 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | 0.00 | 0.00 | 0.00 | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $38,499,937.99 | $38,499,937.99 | $38,499,937.99 | $38,499,937.99 | $38,499,937.99 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 11/08/05*

**CASE NAME:** American Std. Energy Corp (DE)
**CASE NUMBER:** 15-70105-rbk-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

## AGING OF POST-PETITION LIABILITIES
MONTH  11/1-11/30/15

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

## STATEMENT OF INCOME (LOSS)

| | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
|    Selling & Marketing | | | | | | | 0.00 |
|    General & Administrative | | | | | | | 0.00 |
|    Insiders Compensation | | | | | | | 0.00 |
|    Professional Fees | | | | | | | 0.00 |
|    Other | | | | | | | 0.00 |
|    Other | | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 11/05/05*

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | | | | | | | 0.00 |
| 19. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF 11/1-11/30/15

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | | | | | $0.00 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

CASE NAME: American Std. Energy Corp (DE)
CASE NUMBER: 15-70105-rbk-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 8/3-8/31/15 | MONTH 9/1-9/30/15 | MONTH 10/1/15-10/31/15 | MONTH 11/1-11/30/15 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 11/08/05*